UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY KEITH PERKINS.,

Plaintiff,

-against-

CENTRAL INTELLIGENCE AGENCY.,

Defendant.

25 CIVIL 04240 (GBD)

**CIVIL JUDGMENT**

For the reasons stated in the, August 19, 2026, Order, this Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2) (B)(i). This Court therefore denies Plaintiff's pending motion. (ECF No. 6.). Judgment is entered dismissing this action for the reason set forth in this order. This Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 20, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge